

**ORDERED in the Southern District of Florida on June 12, 2013.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
**Fort Lauderdale Division**
**www.flsb.uscourts.gov**

IN RE:

AAA PEST PROTECTION, INC.,                CASE No.: 13-13460-BKC-RBR
                                          Chapter 11

       Debtor.
_____/

### ORDER SETTING EVIDENTIARY HEARING

THIS MATTER came before the Court upon the Court's Order I) Granting Motion to Reconsider [D.E. #57] ; II) Vacating Orders Sustaining Objection to Claims [D.E. 40, 42]; III) Requiring the Debtor to Properly Serve Notice and Set Objection to Claims [D.E. 17, 18] For Evidentiary Hearing,   [DE #62], and the Court having reviewed the matter, and being otherwise fully advised in the premises, it is therefore

ORDERED AND ADJUDGED that:

1.      The matter shall be set as an evidentiary hearing on July 17, 2013 at 9:30 a.m. at the U.S. Bankruptcy Court, 299 E. Broward Boulevard, Courtroom 308, Fort Lauderdale, FL  33301.

###

Submitted by:

Aaron A. Wernick, Esq.
FURR & COHEN, P.A.
*Attorneys for Debtor*
One Boca Place, Suite 337W
2255 Glades Road
Boca Raton, FL 33431
Telephone:  (561) 395-0500
Facsimile:  (561) 338-7532
e-mail:  awernick@furrcohen.com

*Attorney, Aaron A. Wernick, is directed to serve a conformed copy of this order on all parties listed below and shall file a certificate of service with the Court.*

Served Via Electronic Mail:

- Michael A Borkowski     michael.a.borkowski@ahearncpa.com
- Kenneth M Jones     kjones@moodyjones.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Aaron A Wernick     awernick@furrcohen.com, cworkinger@furrcohen.com

Served By U.S. Mail:

Tavell Anthony Moore
619 43rd Street
West Palm Beach, Fl 33407

Terrence Gene Oglesby
1618 NW 16 Ct
Fort Lauderdale, FL 33311

Altavious Lenard Smith
1421 NW 8th Ave
Ft. Lauderdale FL 33311

Christopher Michael Roach
2326 NW 13th St.
Ft. Lauderdale FL 33311

Michael Hipolito Amaro
2621 NW 8th Ct.
Bldg 33 Apt 3
Ft. Lauderdale FL 33311

Raymond Till
1861 NW 36 Terrace
Ft. Lauderdale, FL 33311